IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-484-FL

| | | |
|---|---|---|
| GLORIA J. ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| PACIFIC COAST FEATHER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

On November 5, 2010, Gloria J. Allen ("plaintiff") filed this action against Pacific Coast Feather Company ("defendant") [D.E 1]. On February 1, 2011, plaintiff moved for entry of default against defendant [D.E. 8].

Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." On January 7, 2011, plaintiff allegedly served defendant with summons and a copy of the complaint [D.E. 7]. The time within which defendant may answer or otherwise plead has expired. See Fed. R. Civ. P. 12(a)(1)(A). It appears that defendant is subject to default. Accordingly, plaintiff's motion for entry of default against defendant is GRANTED [D.E. 8].

SO ORDERED. This 4th day of February 2011.

Dennis P. Iavarone, Clerk of Court