UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-484-FL

| | |
|---|---|
| GLORIA J. ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER |
| | ) |
| PACIFIC COAST FEATHER COMPANY, | ) |
| | ) |
| Defendant. | ) |

Defendant Pacific Coast Feather Company ("PCF"), having moved this Court to set aside an entry of default entered in the above-captioned proceeding on February 4, 2011, and Plaintiff Gloria J. Allen having consented to the motion, and this Court, having considered the Defendant's Unopposed Motion to Set Aside Default and Memorandum in Support of Unopposed Motion to Set Aside Entry of Default, finds that good cause exists to grant Defendant's Motion to Set Aside Default.

THEREFORE, the Court ORDERS AND DECREES THAT Defendant's Motion to Set Aside Default is GRANTED.

This the 17th day of February, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2011, I filed the foregoing [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE DEFAULT with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

>Stewart W. Fisher
>Jessica E. Leaven
>Glenn, Mills, Fisher & Mahoney, P.A.
>Post Office Drawer 3865
>Durham, North Carolina 27702-3865
>Attorneys for Plaintiff

>/s/ M. Jackson Nichols
>M. Jackson Nichols
>N.C. State Bar No. 7933
>Catherine E. Lee
>N.C. State Bar No. 35375
>ALLEN AND PINNIX, P.A.
>Attorneys for Defendant
>Post Office Drawer 1270
>Raleigh, NC 27602
>Telephone: (919) 755-0505
>Facsimile: (919) 829-8098
>E-mail: mjn@allen-pinnix.com
>        clee@allen-pinnix.com
>Local Civil Rule 83.1 Counsel