UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-484-FL

| | |
|---|---|
| GLORIA J. ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC COAST FEATHER COMPANY,<br><br>    Defendant. | **ORDER**<br>**GRANTING MOTION**<br>**FOR SECOND AMENDED**<br>**CASE MANAGEMENT ORDER** |

Pursuant to the parties having moved this Court to issue a Second Amended Case Management Order, the Court ORDERS AND DECREES THAT the deadlines for filing or submitting all pretrial documents, as set forth in Section IV of the Case Management Order, entered April 15, 2011, shall be calculated based on the amended trial date of November 19, 2012.

Except to the extent otherwise provided herein, all terms and conditions of the Court's Case Management Order and Amended Case Management Order remain in full force and effect.

This the 28th day of April, 2012.

               /s/ Louise W. Flanagan
               LOUISE W. FLANAGAN
               United States District Judge