IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-484-FL

| | |
|---|---|
| GLORIA J. ALLEN, <br><br> Plaintiff <br><br> v. <br><br> PACIFIC COAST FEATHER COMPANY, <br><br> Defendant. | ***ORDER ALLOWING MOTION TO SEAL DOCUMENTS FILED UNDER PLAINTIFF'S NOTICE OF PROVISIONAL FILING OF DOCUMENTS UNDER SEAL (DKT. 93)*** |

This matter having come before the Court upon Defendant's Motion to Seal Documents Filed Under Plaintiff's Notice of Provisional Filing of Documents Under Seal; and the Court having considered the pleadings filed and the Joint Agreed Protective Order filed herein;

IT IS HEREBY ORDERED that the documents identified below having been provisionally sealed pursuant to Plaintiff's Notice of Provisional Filing of Documents Under Seal (Dkt. 93) shall be filed under seal.

Deposition Exhibits:

(a) 75, D. Evans Internal Investigation (Dkt. 93-1, p. 13-112);

(b) 77A, Transfer Sheets (Dkt. 93-2);

(c) 7C, Production Bonus (Dkt. 93-4);

(d) 80, Production Bonus (Dkt. 93-5);

(e) 90, Production Information (Dkt. 90-16); *

1

(f)   91, Production Information (Dkt. 90-17); *

(g)   92, Production Information (Dkt. 90-18); *

(h)   107, Third Party Contact Information (redaction only) (Dkt. 93-7); and,

(i)   Plaintiff's Exhibit 30, Excerpts from the Deposition of Karen Starritt, , Dkt. 93-17, (pp. 1-13); and

(j)   Plaintiff's Exhibit 31, Transfer Sheets (Dkt.90-4, 94-1).

DATED this 6 day of Feb., 2013

_United States District Court, Eastern District_

* The court recognizes plaintiff's opposition to sealing of these documents (DE # 102), and in the context of its decision on the pending motion for summary judgment, it will revaluate where there is consent to sealing, except for these documents, determination here to maintain the provisional seal of Dkt. 90-16, 90-17, and 90-18.