UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-484-FL

| | |
|---|---|
| GLORIA J. ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PACIFIC COAST FEATHER COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT AND
## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Gloria Allen and defendant Pacific Coast Feather Company hereby advise the Court that the above entitled matter has been compromised and settled. The parties are currently in the process of executing the settlement agreement and release, and payment will be made to plaintiff, who will then file a stipulation of dismissal with prejudice. The parties anticipate that a stipulation of dismissal with prejudice will be filed within forty-five (45) days.

The parties also request that the court dispense with the deadlines for plaintiff to file a supplemental brief in response to defendant's motion for summary judgment and for defendant to file its reply (Doc. 106) to allow time for plaintiff to file a stipulation of dismissal with prejudice.

This the 7th day of March, 2013.

/s/Jessica E. Leaven
Jessica E. Leaven (N.C. Bar #27832)
GRIMES TEICH ANDERSON LLP
535 College Street
Asheville, North Carolina 28801
Telephone: (828) 251-0800
Facsimile: (828) 236-9200
Email: leaven@gta-injurylaw.com

/s/Stewart W. Fisher
Stewart W. Fisher (N.C. Bar #10327)
GLENN, MILLS, FISHER & MAHONEY, P.A.
P.O. Drawer 3865
Durham, North Carolina 27702
Telephone: (919)683-2135
Facsimile: (919)688-9339
E-mail: sfisher@gmfm-law.com

Attorneys for Plaintiff

/s/Christopher L. Hilgenfeld
Christopher L. Hilgenfeld
Washington State Bar No. 36037
DAVIS GRIMM PAYNE & MARRA
701 5th Avenue, Suite 4040
Seattle, WA 98104-7097
Telephone: (206) 447-0182
Facsimile: (206) 622-9927
E-mail: CHilgenfeld@DavisGrimmPayne.com
Special Appearance Attorney, LR 83.1(e)

/s/ M. Jackson Nichols
M. Jackson Nichols
N.C. State Bar No. 7933
Catherine E. Lee
N.C. State Bar No. 35375
ALLEN, PINNIX & NICHOLS, P.A.
Post Office Drawer 1270
Raleigh, NC 27602
Telephone: (919) 755-0505
Facsimile: (919) 829-8098
E-mail: mjn@allen-pinnix.com
         clee@allen-pinnix.com
Local Civil Rule 83.1 Counsel

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, this the 7th day of March, 2013 that a copy of the Foregoing **JOINT NOTICE OF SETTLEMENT AND JOINT MOTION TO AMEND SCHEDULING ORDER** was filed electronically with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

      Stewart W. Fisher
      GLENN, MILLS, FISHER & MAHONEY, P.A.
      P.O. Drawer 3865
      Durham, North Carolina 27702

      Christopher L. Hilgenfeld
      DAVIS GRIMM PAYNE & MARRA
      701 5th Avenue, Suite 4040
      Seattle, WA 98104-7097

      Catherine E. Lee
      M. Jackson Nichols
      ALLEN, PINNIX & NICHOLS, P.A.
      Post Office Drawer 1270
      Raleigh, NC 27602


      /s/Jessica E. Leaven
      Jessica E. Leaven
      GRIMES TEICH ANDERSON LLP
      535 College Street
      Asheville, North Carolina 28801
      Telephone: (828) 251-0800
      Facsimile: (828) 236-9200
      Email: leaven@gta-injurylaw.com